```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MANUEL A. RODRIGUEZ,                                              :
                                                                  :
                                Plaintiff,                        :
                                                                  :    22 Civ. 7958 (JPC) (SLC)
                -v-                                               :
                                                                  :            ORDER
UNITED STATES OF AMERICA,                                         :
                                                                  :
                                Defendant.                        :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. The parties shall file a status letter by September 1, 2023, unless by that date this case has been dismissed.

      SO ORDERED.

Dated: August 1, 2023
       New York, New York

                                                    _____
                                                    JOHN P. CRONAN
                                                   United States District Judge